HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MARTIN MACIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-CR-136-MCE-6 |
| Plaintiff, | **STIPULATION AND ORDER TO ACCEPT ELECTRONIC SIGNATURES UNDER G.O. 616** |
| vs. | Date:   June 11, 2020 |
| MARTIN MACIAS, | Time:   10:00 A.M. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through David Spencer, Assistant United States Attorney, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Martin Macias, that the plea agreement in this matter may be signed by Mr. Macias via electronic signature.

On April 15, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 616, "Consent and Signature Requirements on Documents Filed in Criminal Actions During the COVID-19 Public Emergency" ("G.O. 616").  For the reasons detailed in G.O. 616, defense counsel is authorized to electronically sign documents on her client's behalf using the format "/s/ name" if the following conditions are met:

1. The defendant has had an opportunity to consult with counsel regarding the

matter;

2. The defendant consents to counsel's signing on the defendant's behalf; and

3. The judge presiding over the case makes a finding that "obtaining an actual signature is impracticable or imprudent in light of the public health situation relating to COVID-19."

Defense counsel represents that all three conditions have been met here. Therefore, the parties stipulate as follows, and respectfully request the Court to find that:

1. Mr. Macias has had an opportunity to consult with undersigned defense counsel regarding this matter;

2. Mr. Macias consents to undersigned defense counsel signing the plea agreement on his behalf; and

3. In light of the COVID-19 pandemic, obtaining an actual signature from Mr. Macias, who is currently incarcerated at the Sacramento County Jail, is both impracticable and imprudent.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 26, 2020        */s/ Christina Sinha*
                          CHRISTINA SINHA
                          Assistant Federal Defender
                          Attorneys for Defendant
                          MARTIN MACIAS


Date: May 26, 2020        MCGREGOR W. SCOTT
                          United States Attorney

                          */s/ David Spencer*
                          DAVID SPENCER
                          Assistant United States Attorney
                          Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  May 29, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE